IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH JAMES SEXTON,

      **Plaintiff,**

v.                          Case No.  5:15cv109-MW/CJK

ERIC FUTCH, et al.,

      **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 30.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Defendants' motion to dismiss or in the alternative, motion for summary judgment, ECF No. 25, is **GRANTED to the following extent:**

1.    Plaintiff's First Amendment retaliation claim against Defendant Futch is **DISMISSED without prejudice** for Plaintiff's failure to exhaust his administrative remedies.

2

    2.      Summary judgment is **GRANTED** in favor of Defendant Starcher on Plaintiff's First Amendment retaliation claims.

    3.      The Clerk shall close the file.[1]

**SO ORDERED on August 30, 2016.**

                                          <u>s/Mark E. Walker</u>
                                          **United States District Judge**

---

[1] This Court notes Plaintiff has failed to keep the Court advised of his current address.